

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00603-CR

Belinda **CISNEROS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-06-11022-CR
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On January 3, 2017, the court reporter filed a notice of late record stating the appellant is not entitled to the record on appeal without paying the court reporter's fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record. On February 7, 2017, appellant filed a copy of the trial court's signed order granting appellant's motion for free reporter's record on appeal. We therefore **order** the court reporter, Sonia G. Trevino, to file the reporter's record by **March 10, 2017**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court